IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JAMES T. FISHER,                         )
                                         )
                    Plaintiff            )
                                         )
        vs.                              )        No. CIV-05-996-C
                                         )
BRAD HENRY,                              )
                                         )
                    Defendant            )

O R D E R

This matter is before the Court on the Order Adopting the Report and Recommendation entered by the Court on October 28, 2005.  On October 31, 2005, Plaintiff paid an initial filing fee of $2.00.

Accordingly, because the initial filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 15th day of November, 2005.


ROBIN J. CAUTHRON
United States District Judge